**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:   Steven Lydell Brown, Debtor**                    **Case No. 24-50652-KMS**
**CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,709.00 | $9.97 | $2,718.97 | 17 | 06/26/2024 |
| $1,452.50 | $14.64 | $1,467.14 | 34 | 11/05/2024 |
| $528.50 | $37.83 | $566.33 | 43 | 02/12/2025 |
| $427.00 | $0.69 | $427.69 | n/a | n/a |
| $5,117.00 | $63.13 | $5,180.13 | | |



# INVOICE

Invoice # 6461
Date: 05/28/2024
Due On: 06/27/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Steven Lydell Brown
205 Chesterfield Rd
Hattiesburg, MS 39402

## 05361-Brown Steven Lydell

## Ch 13 hourly - Steven

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KAR | 04/12/2024 | Document drop off appointment - debtor reviewed docs to make sure everything was there, explained to me why he was filing BK | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/12/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license and social security card | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/15/2024 | Contact Debtor (Text/Email): Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 04/15/2024 | Review and organize documents provided by debtor: Reviewed and organized GIP, bank, pay, and tax provided by debtor via drop off | 0.50 | $100.00 | $50.00 |
| Service | BM | 04/16/2024 | Initial review of all documents: Information packet, pay stubs/income sources (3 sources), tax returns, bank statements | 0.30 | $100.00 | $30.00 |
| Service | KAR | 04/17/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents and information was still needed; drafted an email to debtor - transposed requested information to email, figured what payments were missing from DFAS pay stubs, attached documents for debtor to fill out | 0.50 | $100.00 | $50.00 |

| Service | KAR | 04/18/2024 | Contact Debtor (Text/Email): Reviewed debtor's credit report for student loans - debtor does have student loans; drafted email to debtor requesting he obtain student loan data from the national student loan data system and send back to me. | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|------|------|---------|---------|
| Service | KAR | 04/18/2024 | Review email from debtor: Reviewed multiple emails from the debtor stating that he thought he turned in all his pay, that his daughter lives with him full time, that no child support is being paid, that he does not have business, and if he could come by the office today; drafted email back to debtor stating that we need clarification on his pay dates, asked to make sure he was not paying child support, and asked what time he wanted to stop by the office | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/18/2024 | Review and organize documents provided by debtor: Reviewed and organized addition bank statements provided by debtor via eamil | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/19/2024 | Review email from debtor: Reviewed email from debtor stating that he did not want his student loans handled through the bk; drafted email back to him letting him know that we have to have the information on all of his debts regardless | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/19/2024 | Review and organize documents provided by debtor: Reviewed and organized DSO statement provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/19/2024 | Call Debtor: Telephone conference with debtor to answer questions he had about the additional information and documents we needed - had to clarify that we needed 6 months of pay stubs not just 6 stubs; explained why we had to have all the information about all of his debts; explained how to input information about his business | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/22/2024 | Review email from debtor: Reviewed email from debtor stating that the ccc website (urgent.co) was asking him for a case number; drafted email back to debtor stating that if he started by clicking on the green start now button then the only information it should ask for is attorney code and gave him the attorney code | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/22/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional pay stubs provided by debtor via email | 0.20 | $100.00 | $20.00 |

| Service | KAR | 04/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting a missing pay stub between 11/17 through 12/15 | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 04/22/2024 | Review email from debtor: Reviewed email from debtor stating that the ccc website was still asking for a case number - did some research and figured out he was doing the second course, not the first; drafted email to debtor letting him know he was in the second ccc and not the first - told him to start with the big green button on the home page and when it asks if he has filed yet, to mark that he has not filed. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/22/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional GIP pages, pay, and the BQ | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor to let him know that I still need some of his pay; pg. 23 and p. 19 of GIP - explained how to input income information | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/22/2024 | Review email from debtor: Reviewed email from debtor explaining why it looked like he was missing pay stubs and asked where he was supposed to put the total for his income on page 19 of GIP; drafted email to debtor letting him know that the section that is under 'amount' is where he would input the total for all of his income and the section that ask for 'source' is where he would write all of the sources out for his income. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/24/2024 | Review email from debtor: Reviewed email from debtor stating that he already sent me in the income information that I requested for page 19 of GIP - he stated that he had already given the totals for his income and the sources; Reviewed debtors pay stubs for all sources of income (VA, DFAS, and City of Hattiesburg) and added the YTD totals to figure out about how much he has made for this year alone; drafted email to debtor trying to explain to him that on the page the amounts are lower than his total income from all three sources put together and he has not labeled all sources of the income and asked him to update the information on page 19. | 0.40 | $100.00 | $40.00 |
| Service | KAR | 04/24/2024 | Review email from debtor: Reviewed email from debtor requesting a call to discuss my email regarding filling out page 19. | 0.10 | $100.00 | $10.00 |

| Service | KAR | 04/24/2024 | Call Debtor: Telephone conference with debtor to further expain how to input the information on pg. 19 of the GIP - debtor said he understood and would redo that page and send it to me with the correct information; debtor also asked what was left for him to turn in for his file - told him he needed to get his NSLDS information for me; debtor attempted to email me the student loan info, but it was not the correct documents; debtor stated he would look at it again when he got home and send it to me then . | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 04/24/2024 | Review email from debtor: Reviewed email form debtor containing some student loan info, but it was not the txt document I needed; drafted email to debtor attempting to explain how to get the txt document we require | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/25/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized missing GIP page provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/25/2024 | Review and organize documents provided by debtor: Reviewed and organized debtors student loan history provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/25/2024 | Final review of all documents to prepare for case input. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 04/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting April bank statements and pay stubs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/26/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/26/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.30 | $360.00 | $108.00 |
| Service | JAC | 04/26/2024 | prepare matrix for Δ to review | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/26/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/29/2024 | Review email from debtor: Reviewed email from debtor asking if we could leave off | 0.10 | $155.00 | $15.50 |

| | | | Capital One and MDHS since he is current; drafted email to debtor informing him we must list all creditors that he has a debt with; all creditors have to be listed so they are notified he is filing bankruptcy | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 04/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2 emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/30/2024 | Review email from debtor: Reviewed email from debtor containing 2 emergency contacts; added contacts to related contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting that he e-sign the fee agreement sent to him on 04/23 from GM | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/30/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | KAR | 05/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting most recent mortgage statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/01/2024 | Review email from debtor: Reviewed email from debtor stating that he could not get a copy of his mortgage statement because the system has locked him out; drafted email back to debtor asking if the mortgage company did not mail or email a copy of his statement and suggested that he maybe try calling to see if he could get a copy of the statement sent to him | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/01/2024 | Review email from debtor: Reviewed email from debtor containing most recent mortgage statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/01/2024 | Review and organize documents provided by debtor: Reviewed and organized mortgage statement provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/01/2024 | review clio memo re mortgage statement rec'd | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/01/2024 | Input Case - updated arrears & ongoing payment based on mortgage statement. Recalculate plan payment. | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/01/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/01/2024 | Call Debtor: Reviewed email from debtor; requesting a call to discuss his plan option; telephone conference with debtor he could | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | not see to well and asks me to go over his options; reviewed his options; answered his questions on what is being paid and what is not; he would like to proceed; informed him if he has any questions about his income since he is retiring tomorrow he can ask the attorney at the signing; explained the filing process | | | |
| Service | JAC | 05/02/2024 | review clio memo re: Δ is ready to move forward | 0.10 | $360.00 | $36.00 |
| Service | BM | 05/02/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/03/2024 | Contact Debtor (Text/Email): Drafted text message to debtor to follow up on the Ch 13 fee agreement that was emailed yesterday. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/03/2024 | Call Debtor: Call to debtor to schedule signing with attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/07/2024 | review clio memo re: Δ signing appt scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/07/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/07/2024 | Prepared signature pages for debtor's execution. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/07/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.90 | $360.00 | $324.00 |
| Service | KAR | 05/07/2024 | Assisted TR w/ signing appointment - set up conference room and video - TR appeared via video | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/07/2024 | Prepare and send final bankruptcy to debtor to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/08/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | KAR | 05/08/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional pay provided by debtor via email; drafted email to debtor requesting pay stub for 4/19 | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/08/2024 | Drafted text to debtor informing them their case has been filed and provided their chapter 13 case number | 0.10 | $155.00 | $15.50 |

| Service | KR | 05/08/2024 | Drafted stop garnishment letter for Gulfco and City of Hattiesburg in Best Case; reviewed court docket for Notice of Filing; prepared the Stop Garnishment Letter and Notice of Filing for mailing; created task for GM to print and mail the letter to Gulfco and City of Hattiesburg | 0.20 | $155.00 | $31.00 |
|---------|-----|-----------|-----|------|---------|--------|
| Service | KR | 05/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor proving his plan payment information and what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/09/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/09/2024 | Drafted Refund Garnishment Letter to Gulfco; drafted email memo to JAC re: review and sign refund garnishment letter | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/10/2024 | Review: 24-50652-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/10/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.30 | $360.00 | $108.00 |
| Service | JC | 05/10/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 05/10/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $8.05 | $8.05 |
| Service | JAC | 05/10/2024 | Review & sign garnishment letter | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/10/2024 | Reviewed the Stop Garnishment Letter and Refund Garnishment Letter for the garnishment for Gulfco from JAC; drafted email memo to KAR to print/mail | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of the Stop Garnishment and Refund Garnishment Letters for his records | 0.10 | $155.00 | $15.50 |
| Expense | KAR | 05/10/2024 | Postage: Garnishment removal/refund letters | 3.00 | $0.64 | $1.92 |
| Service | JC | 05/13/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | filing with the Court. | | | |
| Service | KAR | 05/14/2024 | Incoming Call: Telephone conference with Diana Darling with M & T Bank regarding a loan modification that the debtor filed for. Diana stated that the debtor was removed from his trial plan because he did not make a payment for the month of may; also stated that he was welcome to reapply if he wanted to. Collected Diana's contact information | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/15/2024 | Review: 24-50652-KMS Order Upon Employer Directing Deductions from Pay Document #13 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/15/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/15/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing his loan modification application has been closed due to missing his last month's payment. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/17/2024 | Call Debtor: Phone conference with debtor scheduling his meeting of creditors for in our Hattiesburg office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/21/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J for sources of income and financial accounts; reviewed statements for 2 accounts; 3 sources of income and 2 years of taxes; created list of missing pay advices and bank statements needed for the Meeting of Creditors | 0.50 | $155.00 | $77.50 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50652-KMS U.S. Department of Education c/o Nelnet Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/23/2024 | Call Debtor: Telephone conference with debtor about the missing documents needed for the Trustee; he will provide; he did not receive DFAS pay for April; he will also stop getting paid through DFAS in August; he is emailing me the letter stating his last day is 8/8. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/28/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.2 | $360.00 | $1,152.00 |
| Thomas Rollins | Attorney | 1.4 | $360.00 | $504.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Breanne McDaniel | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kirsten Raimey | Non-Attorney | 5.4 | $100.00 | $540.00 |
| Kerri Rodabough | Non-Attorney | 2.2 | $155.00 | $341.00 |
| | | | **Total** | **$2,718.97** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6461 | 06/27/2024 | $2,718.97 | $0.00 | $2,718.97 |
| | | | **Outstanding Balance** | **$2,718.97** |
| | | | **Total Amount Outstanding** | **$2,718.97** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



**The Rollins Law Firm, PLLC**

# INVOICE

Invoice # 7010
Date: 10/01/2024
Due On: 10/31/2024

P.O. Box 13767
Jackson, MS 39236
United States

Steven Lydell Brown

## 05361-Brown Steven Lydell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/28/2024 | Drafted and reviewed invoice for expenses and attorney fees; drafted 1st Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/28/2024 | Review and approve fee application drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/28/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the invoice and the 21 day Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/29/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/30/2024 | Review email from debtor: Reviewed emails from debtor with missing bank statements for 2 accounts and pay advices for two sources of income; merged with existing paystubs and bank statements; organized and prepared all bank statements, taxes, pay advices and identification for upload to the Trustee's website for the Meeting or Creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/30/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to | 0.10 | $155.00 | $15.50 |

Invoice # 7010 - 10/01/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | | | |
| Service | BB | 05/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/07/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/10/2024 | Attend 341 | 0.50 | $360.00 | $180.00 |
| Service | KAR | 06/10/2024 | Setup video and assisted client with Meeting of Creditors - he attended in our Hattiesburg office | 0.70 | $100.00 | $70.00 |
| Service | BB | 06/14/2024 | Call Debtor: Phone conference with debtor stating he got paid today but will not know about his garnishment until he goes back to work. Requested the debtor update me on the results. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/20/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/21/2024 | Review email from debtor: Reviewed email from debtor stating he will not know if he wage order has started until his next pay date. Requested the debtor provide his next several pay dates so that I may check in. Requested the debtor inquire with his employer about the wage order if it has not taken effect by next pay date. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/24/2024 | Review email from debtor: Reviewed email from debtor inquiring if the wage order is taken from his bank account. Informed debtor it is taken from his paycheck by his employer. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-50652-KMS Hattiesburg Clinic Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: 24-50652-KMS Order on Application for Compensation Document #17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/28/2024 | Contact Debtor (Text/Email): Drafted text to debtor to inquire if Ch 13 plan payments are being deducted from his pay check. | 0.10 | $100.00 | $10.00 |

| Service | BB | 07/02/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating his wage order has started. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/02/2024 | Review: 24-50652-KMS Order Confirming Chapter 13 Plan Document #19 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/10/2024 | Review Docket for Confirmation Hearing 7/16/2024 - no issues remain | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-50652-KMS Gulfco of Mississippi, LLC Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-50652-KMS Gulfco of Mississippi, LLC Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-50652-KMS M & T Bank Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/15/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/17/2024 | Contact Debtor (Text/Email): Received and reviewed a letter from McCalla about a loss mitigation program offer; drafted email to debtor with the copy of the letter; merged letter into the correspondence folder | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/25/2024 | Review: 24-50652-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/26/2024 | Review: 24-50652-KMS Creditor Request for Notices Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/31/2024 | Contact Debtor (Text/Email): Reviewed NDC website and confirmed the trustee is not receiving the wage order payments. Drafted text to debtor informing him of this and requesting he speak with his employer and inform me of the result. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/02/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they sent a payment in yesterday for their plan payment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/07/2024 | Review: 24-50652-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/07/2024 | Review: 24-50652-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/12/2024 | Contact Debtor (Text/Email): Reviewed NDC website and confirmed the trustee | 0.10 | $100.00 | $10.00 |

| | | | received two money orders. Inquired with debtor if his employer stopped the wage garnishment. | | | |
|---------|----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | BB | 08/13/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they do not know what is happening with their employer sending the payments to the trustee. Drafted text to debtor requesting he contact us as soon as he knows. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/15/2024 | Review: 24-50652-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/27/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on their wage order situation. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/28/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor explaining what a wage order is and what it is for and that we need to confirm with his employer if they received it. Inquired with the debtor if he wanted to do that or if he wanted me to. Debtor stated he would like me to. Requested his employer contact information so that I may do so. | 0.30 | $100.00 | $30.00 |
| Service | BB | 09/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting the information to contact his employer to inquire with them about the wage order. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/06/2024 | Call Debtor: Phone conference with debtor providing the requested information for his employer. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/09/2024 | Call Debtor: Phone conference with debtors HR department about his wage order. The lady on the phone informed me she will have to get another person to call me back about this. Provided our number and my name. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/10/2024 | Call Debtor: Reviewed voicemail from debtors HR department. Attempted phone conference which resulted in a message being taken. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/12/2024 | Call Debtor: Reviewed voicemail from debtors HR department. Phone conference with Kimberly from debtors HR department. Kimberly stated she had not received the wage order. Collected her email address and drafted email to her with the wage order document. Kimberly stated she will | 0.30 | $100.00 | $30.00 |

| | | | start his garnishment on the next payment cycle. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 09/23/2024 | Call Debtor: Reviewed email from debtors payroll department requesting a phone call. Phone conference with his payroll department stating his paychecks monthly do not equal out to his wage order and she did not know how to proceed. Drafted email memo to kr requesting advice. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/24/2024 | Review and respond to email memo re: wage order question received from employer | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/30/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| | | | | **Services Subtotal** | | **$1,452.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/29/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $14.64 | $14.64 |
| | | | **Expenses Subtotal** | | **$14.64** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | | Attorney | 2.0 | $360.00 | $720.00 |
| Brooke Brueland | | Non-Attorney | 2.3 | $100.00 | $230.00 |
| Breanne McDaniel | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kirsten Raimey | | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Kerri Rodabough | | Non-Attorney | 1.1 | $155.00 | $170.50 |
| | | | | **Subtotal** | **$1,467.14** |
| | | | | **Total** | **$1,467.14** |

# Detailed Statement of Account

## Other Invoices

Invoice # 7010 - 10/01/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6461 | 06/27/2024 | $2,718.97 | $0.00 | $2,718.97 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7010 | 10/31/2024 | $1,467.14 | $0.00 | $1,467.14 |

| | | | Outstanding Balance | $4,186.11 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $4,186.11 |



# INVOICE

Invoice # 7546
Date: 02/10/2025
Due On: 03/12/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Steven Lydell Brown

## 05361-Brown Steven Lydell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 10/01/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted 2nd Application for Compensation, the Notice and the Proposed Order; drafted email memo to TR re: Review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/01/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/01/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/01/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/15/2024 | Contact Debtor (Text/Email): Received information from kr that the debtor has more income than just his employer and to instruct his employer to send the debtor pay to the trustee and the debtor is responsible for making the difference payments. | 0.10 | $100.00 | $10.00 |

| | | | Drafted email to debtors payroll instructing her to do so. | | | |
|---------|-----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | VM  | 10/17/2024 | Drafted a Motion to Dismiss Letter, sent to paralegal for review | 0.40 | $100.00  | $40.00  |
| Service | KR  | 10/17/2024 | Call Debtor: Reviewed court docket for the Motion to Dismiss filed by the Trustee for non payment to verify the delinquency; reviewed the Trustee's website for all payments received; telephone conference with debtor about the Motion to Dismiss and the delinquency; he stated that he did not know he was that far behind; stated that he did not understand why they are not taking it out of his pay; reviewed the payments received; reviewed court docket for the wage order; he will make the payments to catch up by the end of the month will file response once payment has been made; drafted email to debtor with the Trustee address; the TFS bill pay information for payments and also the copy of the wage order.- | 0.20 | $155.00  | $31.00  |
| Service | TR  | 10/18/2024 | Review: 24-50652-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 30 | 0.10 | $0.00    | $0.00   |
| Service | BB  | 10/22/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor inquiring if his wage order has started and informing him that it has not since the Trustee has not received payment since 8/5. Debtor informed me he sent in two payments last week. Informed the debtor they may not have received them yet. Researched in Best Case and noticed a motion to dismiss due to non payment. Drafted email memo to kr informing her of this. | 0.30 | $100.00  | $30.00  |
| Service | KR  | 10/28/2024 | Call Debtor: Called debtor left message; drafted email and text about the payments towards the delinquency since a Motion to Dismiss was filed for non-payment by the Trustee | 0.10 | $155.00  | $15.50  |
| Service | KR  | 10/30/2024 | Reviewed Trustee's website to verify payments received and the delinquency balance after payments; drafted response per the Motion to | 0.20 | $155.00  | $31.00  |

|  |  |  | Dismiss filed by the Trustee; |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 10/30/2024 | Draft Notice, Motion & Order: Reviewed court docket for plan to verify if mortgage is included in the chapter 13; drafted Motion, 30 day Notice and Proposed Order to Allow Payment Arrearages since the debtor's mortgage is included in the plan | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/31/2024 | Reviewed and approved response drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/01/2024 | Prepared the Motion to Allow Payment Arrearages and Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/01/2024 | Prepared the response for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/01/2024 | Received the Declaration of Mailing from Certificate of Service; prepared the Motion to Allow Payment Arrearages, Proposed Order and the 30 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/05/2024 | Review: 24-50652-KMS Order on Application for Compensation Document# 34 | 0.10 | $0.00 | $0.00 |
| Service | TR | 11/08/2024 | Review and sign proposed AO by email | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/18/2024 | Review: 24-50652-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 36 | 0.10 | $0.00 | $0.00 |
| Service | TR | 11/18/2024 | Review: 24-50652-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if his wage order has started. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/21/2024 | Contact Debtor (Text/Email): Reviewed text inquiring what a wage order is. Drafted text to debtor reminding him it is his check garnishment for his payment. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/22/2024 | Contact Debtor (Text/Email): Reviewed text from debtor informing us that his checks are being garnished for his payments. | 0.10 | $0.00 | $0.00 |

| Service | TR | 12/10/2024 | Review: 24-50652-KMS Order on Motion to Allow Payment Arrearages Document# 40 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | BB | 12/17/2024 | Reviewed NDC website and confirmed the Trustee is receiving wage order payments. | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/07/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/10/2025 | Reviewed court docket for previous orders and invoices; reviewed the Trustee's website for amount paid for attorney fees; began the first part of drafting the 3rd Application for Compensation and the lodestar using the amounts from the previous orders and invoices | 0.30 | $155.00 | $46.50 |
| **Non-billable services** | | | | | | |
| Service | KR | 10/23/2024 | Reviewed the Trustee's website to verify the payments that the debtor stated he mailed towards the delinquency since a motion to dismiss has been filed. | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/28/2024 | Incoming Call: Phone conference with debtor returning a call from KR. KR was unavailable, drafted memo to KR to return call at 1pm when the debtor is at lunch. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/30/2024 | Drafted email memo to TR re: review Response per the Motion to Dismiss and the Motion to Allow Payment Arrearages; | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/01/2024 | Review email from Attorney: Reviewed email memo from TR re: review response; revised date on the response | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/14/2024 | Review and respond to email memo: Reviewed email memo from BB re: wage order; drafted email to BB informing her we need to wait to see if the wage order and inquired when she spoke with debtor if he stated if the employer has received | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/14/2024 | Review and respond to email memo: Reviewed email memo from BB inquiring about the plan payments; drafted email memo to BB informing her we just need to verify if the wage order pays towards the plan payment | 0.10 | $155.00 | $15.50 |

Invoice # 7546 - 02/10/2025

|  |  | | | Services Subtotal | $528.50 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 10/01/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $22.55 | $22.55 |
| Expense | 11/01/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $11.78 | $11.78 |
| Expense | 02/10/2025 | Estimated Mailing Expense 3rd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | | Expenses Subtotal | $37.83 |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| Thomas Rollins | | Attorney | 0.4 | $360.00 | $144.00 |
| Thomas Rollins | | Attorney | 0.5 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Brooke Brueland | | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | | Non-Attorney | 1.9 | $155.00 | $294.50 |
| | | | | Subtotal | $566.33 |
| | | | | Total | $566.33 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 6461 | 06/27/2024 | $2,718.97 | $0.00 | $2,718.97 |
| 7010 | 10/31/2024 | $1,467.14 | $0.00 | $1,467.14 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 7546 | 03/12/2025 | $566.33 | $0.00 | $566.33 |

| | |
|---|---|
| **Outstanding Balance** | **$4,752.44** |
| **Total Amount Outstanding** | **$4,752.44** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? [3] pages

Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents? [1] parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. [2]

We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side. [1]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 1.5 |  |
| Date and Time: | Tue Feb 11 2025 09:43:22 GMT-0600 (Central Standard Time) | |
| Total Pages to Print: | 3 | |
| Sheets Per Envelope | 1.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.17 | |
| Printing Cost: | $ | 0.51 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



**INVOICE**

Invoice # 7818
Date: 04/17/2025
Due On: 05/17/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Steven Lydell Brown

## 05361-Brown Steven Lydell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 02/10/2025 | Draft Fee Application and Proposed Order: Drafted and reviewed the 3rd invoice for attorney and expense fees; drafted 2nd part of the Application for Compensation and lodestar; drafted Proposed Order using the totals from the 3rd invoice; | 0.30 | $155.00 | $46.50 |
| Service | KR | 02/10/2025 | Drafted email memo to SA with the affidavit to sign for the Application | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2025 | Drafted email memo to TR with the 3rd Application for Compensation, the Proposed Order, the Exhibits A, C and the Lodestar for review | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2025 | Reviewed email memo from SA with the signed affidavit; merged affidavit with the Application for Compensation | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/11/2025 | Reviewed email from Certificate of Service with the actual of cost of mailing; revised the total amount of actual cost minus the estimated amount for the expense fees | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Prepared the Application with the Declaration attached, the Exhibit A, C and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/13/2025 | Review: 24-50652-KMS Order on Application for Compensation Document# 43 | 0.10 | $360.00 | $36.00 |

Invoice # 7818 - 04/17/2025

| Service | JAC | 04/01/2025 | Review: 24-50652-KMS Order Dismissing Debtor(s) Document# 45 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | VM | 04/10/2025 | Incoming Call: Debtor called in regards to his bankruptcy being dismissed, confirmed with him that it was. Drafted email to BB in regards to debtor wanting to know his options. | 0.20 | $100.00 | $20.00 |
| Service | BB | 04/10/2025 | Review and respond to email memo: Reviewed email memo stating debtor called to inquire after his options since his case has been dismissed. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/14/2025 | Review and respond to email memo: Reviewed email memo from BB re: refiling; drafted email memo to BB informing her I will reach out to the attorney about the option of refiling | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/14/2025 | Review and respond to email memo: Reviewed email from KR stating she is contacting the attorney to inquire if the debtor is eligible for refile. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/15/2025 | Reviewed court docket for motions filed; reviewed all tasks in clio; reviewed the trustee's website to verify amount paid in, how many payments made and attorney fees paid; drafted email memo to JAC re: review for refile | 0.30 | $155.00 | $46.50 |
| Service | JAC | 04/16/2025 | review & respond to email from KR re: refiling dismissed case | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/16/2025 | Review email from Attorney: Reviewed email memo from JAC re:refile; drafted email memo to BB informing her that he has been approved to refile and provided the refiling fee amount | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/17/2025 | Reviewed court docket for previous filed orders and invoices; drafted 1st part of the Final Application and the Lodestar using the totals from the previous orders and invoices | 0.50 | $155.00 | $77.50 |

**Services Subtotal** **$427.00**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Expense | 02/11/2025 | Difference in Mailing Estimate for 3rd Application for Compensation (certificateofservice.com) | 1.00 | $0.69 | $0.69 |

| | | |
|---|---|---|
| | **Expenses Subtotal** | **$0.69** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.3 | $360.00 | $108.00 |
| Brooke Brueland | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 1.8 | $155.00 | $279.00 |
| Kerri Rodabough | | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$427.69** |
| | | | | **Total** | **$427.69** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6461 | 06/27/2024 | $2,718.97 | $0.00 | $2,718.97 |
| 7010 | 10/31/2024 | $1,467.14 | $0.00 | $1,467.14 |
| 7546 | 03/12/2025 | $566.33 | $0.00 | $566.33 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7818 | 05/17/2025 | $427.69 | $0.00 | $427.69 |
| | | | **Outstanding Balance** | **$5,180.13** |
| | | | **Total Amount Outstanding** | **$5,180.13** |